**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE LETTER OF REQUEST | ) | |
| FROM ARGENTINA | ) | |
| IN THE MATTER OF | ) | Misc. No. 07- |
| IMPSAT FIBER NET | ) | |

## <u>APPLICATION FOR ORDER (28 U.S.C. 1782)</u>

The United States of America, by the undersigned, David

L. Hall, Assistant United States Attorney for the District of

Delaware, petitions this Court for an Order pursuant to Title 28,

United States Code, Section 1782, in the form submitted, to

facilitate the taking of testimony of witnesses residing within

the jurisdiction of this Court, and other actions as requested by

a letter of request issued by the Argentine authorities.

                                    COLM F. CONNOLLY
                                    United States Attorney


                          By: _____
                                    David L. Hall
                                    Assistant U.S. Attorney
                                    1007 N. Orange Street
                                    Wilmington, DE   19801
                                    (302) 573-6277

Dated: 6/28/07